1  JOHN C. ULIN (State Bar No. 165524)
   John.Ulin@aporter.com
2  ERIC D. MASON (State Bar No. 259233)
   Eric.Mason@aporter.com
3  LOUIS S. EDERER (*Pro Hac Vice*)
   Louis.Ederer@aporter.com
4  MATTHEW T. SALZMANN (*Pro Hac Vice*)
   Matthew.Salzmann@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
6  Los Angeles, California 90017-5844
   Telephone:  (213) 243-4000
7  Facsimile:  (213) 243-4199

8  *Attorneys for Plaintiff*
   *RCRV, Inc. d/b/a Rock Revival*

9  JAENAM COE (State Bar No. 175920)
   CoeLaw@gmail.com
10 LAW OFFICES OF JAENAM COE PC
   3731 Wilshire Blvd., 910
11 Los Angeles, California 90010
   Telephone:  (213) 389-1400
12 Facsimile:  (213) 387-8778

13 *Attorneys for Defendant*
   *Hidden Jeans, Inc. d/b/a Cello Jeans*
14

15            **UNITED STATES DISTRICT COURT**

16            **CENTRAL DISTRICT OF CALIFORNIA**

17                    **WESTERN DIVISION**

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation, | Case No.:  2:15-cv-02083-TJH(ASx) |
| Plaintiffs, | Hon. Terry J. Hatter, Jr. |
| v. | **ORDER GRANTING STIPULATION FOR ENTRY OF CONSENT PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE [JS-6]** |
| HIDDEN JEANS, INC. d/b/a CELLO JEANS, a California corporation, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10, | |
| Defendants. | |

WHEREAS, Plaintiff RCRV, Inc. d/b/a Rock Revival ("RCRV") is the owner of a federally registered design trademark used on and in connection with its ROCK REVIVAL line of jeanswear products, namely, a distinctive inverted fleur-de-lis pocket design (the "INVERTED FLEUR-DE-LIS DESIGN Trademark"), a copy of the registration certificate for the INVERTED FLEUR-DE-LIS DESIGN Trademark, as well as a photograph of such mark as used on ROCK REVIVAL jeanswear, being attached hereto as Exhibit A; and

WHEREAS, on March 20, 2015, RCRV filed a complaint against Hidden Jeans, Inc. d/b/a Cello Jeans ("Hidden Jeans") in this action (the "Civil Action"), seeking injunctive relief and damages for alleged acts of willful trademark counterfeiting and/or infringement, false designation of origin and unfair competition, arising out of Hidden Jeans' design, creation, manufacture, importation, distribution, promotion, advertising, marketing, offer for sale and/or sale of jeanswear under the "Cello Jeans" brand name bearing designs (the "Accused Designs") that, RCRV alleges, infringe its rights in and to the INVERTED FLEUR-DE-LIS DESIGN Trademark (the "Accused Products"), photographs of the Accused Products being attached hereto as Exhibit B; and

WHEREAS, the parties entering into this Consent Permanent Injunction and Voluntary Dismissal of Action With Prejudice (the "Consent Permanent Injunction") are RCRV and Hidden Jeans (each individually a "Party" and collectively the "Parties"); and

WHEREAS, the Parties herein having entered into a Settlement Agreement; and

WHEREAS, the Parties hereto desire to fully settle all of the claims in this Civil Action among the Parties to this Consent Permanent Injunction without the admission of liability on the part of any Party; and

WHEREAS, the Parties have submitted to the Court's jurisdiction; and

WHEREAS, the Parties have been afforded the opportunity to consult with attorneys of their own choice in connection with the settlement of this action; and

WHEREAS, the Parties have consented to the entry of this Consent Permanent Injunction in full and final resolution of the Civil Action; and

WHEREAS, the Court having jurisdiction over the subject matter of this action and over the Parties, and venue in this action being proper in this judicial district.

The Parties hereby stipulate to the entry by this Consent Permanent Injunction ordering that:

1. Hidden Jeans, and its agents, affiliates, divisions, parents, subsidiaries, related companies, officers, directors, shareholders, principals, employees, and all natural or legal persons acting on their behalf, or in concert with any of them, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Permanent Injunction from attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

(a) creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale and/or selling any garments bearing any of the Accused Designs;

(b) creating, designing, manufacturing, importing, exporting, distributing, supplying, advertising, marketing, promoting, purchasing, offering for sale or selling any garments that contain any design or combination of design elements that is confusingly similar to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark; and

(c) engaging in any activity constituting unfair competition with RCRV, or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and designations associated with RCRV.

2. Except to the extent relief is granted on RCRV's Complaint through the entry of this Consent Permanent Injunction, this action shall be deemed dismissed with prejudice.

3. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Permanent Injunction by way of contempt motion or otherwise.

4. The Parties waive any right to appeal this Consent Permanent Injunction.

5. Each Party shall bear its own costs and attorneys' fees related to this action.

IT IS SO ORDERED.

Dated: Nov. 30, 2015

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge

# EXHIBIT A



Reg. No. 4,248,371  RCRV, INC. (CALIFORNIA CORPORATION)
                    4715 S. ALAMEDA STREET
Registered Nov. 27, 2012  LOS ANGELES, CA 90058

Int. Cl.: 25        FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**     FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-330,951, FILED 5-26-2011.

MARK SPARACINO, EXAMINING ATTORNEY





Director of the United States Patent and Trademark Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**EXHIBIT B**





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28






